Opinion issued August 31, 2010



In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-10-00427-CR

———————————

George Andrew Motilla, Appellant

V.

The State of
Texas, Appellee



 



 

On Appeal from the 262nd District Court

Harris County, Texas



Trial Court Case No. 1237469

 



 

MEMORANDUM OPINION

Appellant George
Andrew Motilla pleaded guilty to aggravated robbery with a deadly weapon.  See
Tex. Penal Code Ann. § 29.03
(Vernon 2003).  The trial court’s
certification of Motilla’s right to appeal states that this is a plea-bargained
case and that Motilla has no right to appeal.  See Tex. R. App. P. 25.2(d).  The certification is signed by Motilla and his
trial counsel, and it is supported by the record.  Because appellant has no right of appeal, we
must dismiss this appeal “without further action.”  Chavez
v. State, 183 S.W.3d 675, 680 (Tex. Crim. App. 2006).

Accordingly, the appeal is dismissed
for lack of jurisdiction.  See Tex.
R. App. P. 25.2(a) (2)(B).

All pending motions are denied as
moot.

PER CURIAM

Panel
consists of Justices Jennings, Alcala, and Massengale.

Do
not publish.   Tex. R. App. P. 47.2(b).